JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

VERONICA ANTOINETTE PROCTOR,

               Plaintiff,

      v.

MARTIN O'MALLEY,
Commissioner of Social Security,

               Defendant.

Case No. 2:23-cv-08755-JC

JUDGMENT OF REMAND

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

///

///

-1-

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision.

IT IS SO ADJUDGED.

Date:  February 29, 2024

_____
/s/
Honorable Jacqueline Chooljian
United States Magistrate Judge